# Exhibit 1

**Class Action Complaint
Berkey System Box**

**Travel Berkey: Product Image**



Exhibit 1(a)                                                    Travel Berkey

**Big Berkey: Product Image**



Exhibit 1(b)                                                                 Big Berkey

**Berkey Light: Product Image**



Exhibit 1(c)                                                                                     Berkey Light

**Royal Berkey: Product Image**



Exhibit 1(d)                                                                                          Royal Berkey

**Imperial Berkey: Product Image**



Exhibit 1(e)                                                              Imperial Berkey

**Crown Berkey: Product Image**



Exhibit 1(f)                                                         Crown Berkey