# Exhibit 2

## Class Action Complaint
## Purification Element Box

**Black Berkey Purification Element: Product Image**

