**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TARA FARRELL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 3:22-cv-00728-M |
| | § | |
| NEW MILLENNIUM CONCEPTS, LTD., | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFFS' CLASS ACTION COMPLAINT**

Pending before the Court is Defendant's Motion to Dismiss Plaintiffs' Class Action

Complaint (the "Motion").  Having considered the Motion and the response and reply thereto,

the Court GRANTS the Motion in its entirety.

All claims asserted in Plaintiffs' Class Action Complaint against Defendant New

Millennium Concepts, Ltd. are DISMISSED in their entirety with prejudice.

**SO ORDERED.**

_____, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE