IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TARA FARRELL et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00728-M |
| NEW MILLENIUM CONCEPTS, LTD., | § § § | |
| Defendant. | § § § § | |

**ORDER**

Based on the parties' Joint Status Report (ECF No. 49), the Court enters the following Scheduling Order to determine the deadlines in this case until the Court rules on the issue of class certification. The parties are to adhere to the following schedule.

| Event | Proposed Deadline |
|---|---|
| Deadline for Defendant to refile Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim | **April 21, 2022** |
| Deadline for Plaintiffs to respond to Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim | **May 26, 2022** |
| Deadline for Defendant to file a Reply in support of its Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim | **June 23, 2022** |
| Deadline to file Joint Status Report re: class certification | 67 days before the deadline to file Motion for Class Certification; and 7 days before any pre-certification case management conference |
| Pre-certification case management conference (if requested by the Court after filing of parties' Joint Status Report) | 60 days before the deadline to file Motion for Class Certification |
| Deadline to file Motion to Amend the Pleadings and join parties | 45 days before the deadline to file Motion for Class Certification |

| | |
|---|---|
| Deadline for Plaintiffs to file Motion for Class Certification, serve class certification expert declarations and/or reports in compliance with Rule 26(a)(2)(B), and produce any discoverable expert documents that are not otherwise required to be disclosed under Rule 26(a)(2)(B) | 8 months after Defendant files an Answer to the operative Complaint |
| Deadline to complete depositions of Plaintiffs' experts who submit declarations and/or reports in support of class certification | 30 days after filing Motion for Class Certification |
| Deadline for Defendant's Response to Motion for Class Certification, *Daubert* Motions directed to Plaintiffs' class certification experts, Defendant's class certification expert declarations and/or reports in compliance with Rule 26(a)(2)(B), and production of any discoverable expert documents that are not otherwise required to be disclosed under Rule 26(a)(2)(B) | 60 days after completing discovery regarding Plaintiffs' class-certification experts; 90 days after filing Motion for Class Certification |
| Deadline to complete depositions of Defendant's experts who submit declarations and/or reports in opposition to class certification | 30 days after filing opposition to Motion for Class Certification |
| Deadline for Plaintiffs' Reply in support of its Motion for Class Certification and *Daubert* Motions directed to Defendant's class certification experts; deadline for Plaintiffs' Response to *Daubert* Motions directed to Plaintiffs' class certification experts | 60 days after completing discovery regarding Defendant's class-certification experts; 90 days after filing Response to Motion for Class Certification |
| Deadline for Defendant's Reply to Plaintiffs' Response to *Daubert* Motions directed to Plaintiffs' class certification experts | 14 days after Plaintiffs' response to *Daubert* Motions directed to Plaintiffs' class certification experts |
| Deadline for Defendant's Response to *Daubert* Motions directed to Defendant's class certification experts | 60 days after Plaintiffs file *Daubert* Motions directed to Defendant's class certification experts |
| Deadline for Plaintiffs' Reply in Support of *Daubert* Motions directed to Defendant's class certification experts | 14 days after Defendant's Response to *Daubert* Motions directed to Plaintiffs' class certification experts |

| Deadline to complete private mediation or settlement conference | 1 month after briefing complete on Motion for Class Certification |
|---|---|
| Class certification hearing | Pursuant to the Court's schedule |
| Deadline to file Status Report and Proposed Scheduling Order | 21 days after ruling on Motion for Class Certification; 7 days before post-certification case management conference |
| Post-certification case management conference | 28 days after ruling on Motion for Class Certification |

The Court will issue an Amended Scheduling Order once an Order has been issued resolving the issue of class certification.

**SO ORDERED**.

May 17, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE