# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TARA FARRELL et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00728-M |
| NEW MILLENIUM CONCEPTS, LTD., | § § § | |
| Defendant. | § § § | |

## AMENDED ORDER

The hearing in the above-referenced cause number presently scheduled for August 31, 2022, at 12:00 p.m. CST is rescheduled and shall be held, instead, on August 31, 2022, at 10:00 a.m. CST.

Oral argument is SET for **August 31, 2022, at 10:00 a.m. CST**. Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas, and be prepared to argue the Motion to Dismiss (ECF No. 50), filed by Defendant New Millennium Concepts, Ltd.

**SO ORDERED**.

August 17, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE