**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TARA FARRELL et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00728-M |
| | § | |
| NEW MILLENIUM CONCEPTS, LTD., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion for an Extension of Time to Respond to the Complaint.  ECF No. 62.  The Motion is **GRANTED**.

The deadline for Defendant to answer the Complaint is extended until **May 18, 2023**.

**SO ORDERED**.

April 25, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE