IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TARA FARRELL et al., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:22-cv-00728-M |
| NEW MILLENIUM CONCEPTS, LTD., | | |
| Defendant. | | |

## ORDER

The Court's March 30, 2023, Order allowed Plaintiffs to amend their Complaint by April 20, 2023, to plead a specific basis for recovery of punitive damages as to each cause of action. ECF No. 59. The Court told Plaintiffs that, absent amendment, it would dismiss Plaintiffs' punitive damages claims with prejudice. *Id.* Plaintiffs did not amend their Complaint. Accordingly, the Court **DISMISSES** Plaintiffs' punitive damages claims, with prejudice.

**SO ORDERED**.

July 19, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE