**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TARA FARRELL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00728-M |
| | § | |
| NEW MILLENIUM CONCEPTS, LTD., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER

Having reviewed the parties' "Joint Report re: Class Certification" (ECF No. 72), the

Court will proceed with the Motion to Strike (ECF No. 70) in due course and not delay the

established deadlines on class certification.

**SO ORDERED**.

November 13, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE