# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
SENIOR JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

January 16, 2024

To All Attorneys of Record

    Re:    *Farrell, et al. v. New Millennium Concepts, Ltd.*
                Case No. 3:22-CV-728-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by February 9, 2024.

                          Very truly yours,

                          Barbara M.G. Lynn

BMGL/jlf